Judgment in a Civil Case
_____

## United States District Court
### WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATASHA N WHITESIDE | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-cv-317 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; that the Plaintiff's Motion (Dkt. 10) is DENIED; and the Defendant's Motion (Dkt. 18) is GRANTED. Defendant's motion for an extension of time (Dkt. 16), and Defendant's amended motion for an extension of time (Dkt. 17) are DISMISSED as moot.

| | |
|---|---|
| Date: February 13, 2025 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Donna<br>    Deputy Clerk |